```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION


NAUTILUS INSURANCE COMPANY                               PLAINTIFF


v.                       Case No. 12-5112


SWIFTWATER DEVELOPMENT, LLC; JAKE NEWELL;
JASON MILLER; JAIME MILLER; TROY RAINWATER;
T. RAINWATER CONSTRUCTION, LLC; BALTAZAR
BAGUIO AND MARIETA BAGUIO                               DEFENDANTS
```

**ORDER**

Now on this 5TH day of September, 2012, comes on for consideration plaintiff's **Motion to Dismiss** (doc. #3).

IT APPEARING to the Court that the matter has been settled, the Court finds that the motion should be, and hereby is, **granted.** Further it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED.

<u>/s/ Jimm Larry Hendren</u><br>
UNITED STATES DISTRICT JUDGE